JS-3

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ERIK MERCADO,

Defendant.

No. 2:23-cr-00273-JLS

ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE PURSUANT TO RULE 48(a)

The Court has read and considered the government's motion to dismiss the indictment without prejudice pursuant to Federal Rule of Criminal Procedure 48(a). The Court finds that there is good cause to dismiss the indictment in the interests of justice.

//

//

//

Accordingly, IT IS HEREBY ORDERED that the indictment is dismissed without prejudice. In light of the writ issued on January 21, 2026, Defendant shall be promptly returned to state custody.

IT IS SO ORDERED.

August 7, 2026
DATE

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE